# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. MIRRAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-1579 |
| | ) |
| MBNA, | ) |
| | ) |
| Defendant. | ) |

## ANSWER

Defendant MBNA, the true and correct name of which is FIA Card Services, National Association, formerly known as MBNA America Bank, N.A., answers the complaint as follows:

### First Defense

1. Defendant denies the material allegations of the complaint, except that defendant admits that this Court has subject matter jurisdiction, that venue is proper, that MBNA America Bank, N.A., now known as FIA Card Services, National Association, at one time maintained an account in the name of Michael J. Mirras, that

1

defendant reported information concerning the status of the account to certain consumer reporting agencies, and that defendant received a letter concerning the account in July 2006, and defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning plaintiff's dealings with third parties and the allegations concerning the actions of third parties. Defendant contests the relief sought.

### Second Defense

2. The complaint fails to state a claim upon which relief can be granted.

### Third Defense

3. There is no private cause of action for any alleged violation of 15 U.S.C. § 1681s-2(a).

### Fourth Defense

4. Plaintiff's claims are barred or limited by the provisions of 15 U.S.C. § 1681s-2(c) and (d).

### Fifth Defense

5.   Plaintiff's claims are barred in whole or in part by the statute of limitations.

### Sixth Defense

6.   There is an absence of proximate cause.

### Seventh Defense

7.   Plaintiff has failed to mitigate damages.

### Eighth Defense

8.   In the event plaintiff's claims are subject to arbitration, defendant reserves the right to insist that this action be stayed pending arbitration.

s/ Andrew J. Noble, III
Andrew J. Noble, III  (NOB001)
Bradley Arant Rose & White LLP
P. O. Box 830709
Birmingham, AL 35283-0709
Telephone: (205) 521-8342

Attorney for Defendant MBNA

OF COUNSEL:

BRADLEY ARANT ROSE & WHITE LLP
P. O. Box 830709
Birmingham, AL  35283-0709
(205) 521-8000

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      None

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      Michael J. Mirras
      12484 Windy Ridge Drive
      McCalla, AL 35111-2800

      s/ Andrew J. Noble, III
      Andrew J. Noble, III  (NOB001)
      Bradley Arant Rose & White LLP
      P. O. Box 830709
      Birmingham, AL 35283-0709
      Telephone: (205) 521-8000
      Facsimile: (205) 521-8800
      E-mail: anoble@bradleyarant.com