# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. MIRRAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-1579 |
| | ) |
| MBNA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Ronald H. Kent, Jr. hereby appears as counsel of record for Defendant MBNA, the true and correct name of which is FIA Card Services, National Association, formerly known as MBNA America Bank, N.A.

Respectfully submitted,

s/ Ronald H. Kent
Ronald H. Kent  (KEN030)
Bradley Arant Rose & White LLP
P. O. Box 830709
Birmingham, AL 35283-0709
Telephone: (205) 521-8342

Attorney for Defendant MBNA

1/1492147.1

OF COUNSEL:

BRADLEY ARANT ROSE & WHITE LLP
P. O. Box 830709
Birmingham, AL  35283-0709
(205) 521-8000

## CERTIFICATE OF SERVICE

   I hereby certify that on September 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 None

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

 Michael J. Mirras
 12484 Windy Ridge Drive
 McCalla, AL 35111-2800

      s/ Ronald H. Kent
      Ronald H. Kent  (KEN030)
      Bradley Arant Rose & White LLP
      P. O. Box 830709
      Birmingham, AL 35283-0709
      Telephone: (205) 521-8000
      Facsimile: (205) 521-8800
      E-mail: rkent@bradleyarant.com