IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2006 SEP 19 AM 10:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Michael J. Mirras**
Plaintiff

Vs.                                                      Case No.: CV-06-C-1579-S

**MBNA/a.k.a. Bank of America**
Defendant

## Motion for Default Judgement

Comes now the Plaintiff Michael J. Mirras:

The Plaintiff motions the court for default judgement as outlined in the Federal Rules of Procedure 4 & 55.

The clerk of the court served upon the Defendant MBNA the Summons and Complaint for this action on or about the 28th Day of August 2006 and the Defendant signed the US mail receipt and it was returned to the clerk. According to the record the Defendant was due to respond on September 18th 2006. The Defendant has 20 days to respond and the defendant has failed to do so as required by the summons and complaint outlined in Rule 4. The Defendant has not been represented and has not responded to the complaint.

The Plaintiff has attached an affidavit of competency as required by the Rules of Procedure.

The plaintiff motions the court to issue a default judgement in favor of the Plaintiff in the amount of. $98,355.12. As outlined in the complaint.

Respectfully submitted this 19th Day of September 2006.

_____
Michael J. Mirras
12484 Windy Ridge Drive
McCalla, AL. 35111-2800
205-938-1982/559-4610

## CERIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Motion for Default Judgement, Mirras vs. MBNA Was mailed by US mail to MBNA at the following address, PO Box 17054, Wilmington, DE. 19884
On September 19th 2006

_____
Michael J. Mirras, Plaintiff
12484 Windy Ridge Dr.
McCalla, AL. 35111-2800
205-938-1982/559-4610