IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**Michael J. Mirras**
Plaintiff

Vs.

Case No.: CV-06-C-1579-S

**MBNA/a.k.a. Bank of America**
Defendant

## Affidavit of Competency

Comes now the Plaintiff Michael J. Mirras:

The Defendant is a corporation and not a minor, child or incompetent individual. The clerk of the court served on the Defendant MBNA at their place of business the Summons and Complaint on or about August 29th 2006 and was executed and returned to the clerk via US Certified mail with a response date due to the court of September 18th 2006.

Plaintiff hereby certifies that the Defendant is competent and has not responded to the court or the Plaintiff in this case by the due date outlined in the summons and complaint and not complied with the date of response as outlined in the summons and Rule 4 of Federal Rules of Procedure.

Sworn to under penalty of perjury this 18th day of September 2006.

_____
Michael J. Mirras, Plaintiff
12484 Windy Ridge Dr.
McCalla, AL. 35111-2800
205-938-1982/559-4610

Subscribed and sworn before me a Notary Public, of the State of __NC__, County of __NASH__, this _18_ day of _Sept_, 2006 that the above man did appear before me and was identified to be the man executing this document.

Notary Public _Debbie S. Sturges_

My Commission expires on: _11-22-2007_

DEBBIE S. STURGES
NOTARY PUBLIC
NASH COUNTY, NC

## CERIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Affidavit of Competency, Mirras vs. MBNA Was mailed by US mail to MBNA at the following address, PO Box 17054, Wilmington, DE. 19884
On September 18th 2006

_____
Michael J. Mirras, Plaintiff
12484 Windy Ridge Dr.
McCalla, AL. 35111-2800
205-938-1982/559-4610

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**Michael J. Mirras**
Plaintiff

Vs.                                              **Case No.: CV-06-C-1579-S**

**MBNA/a.k.a. Bank of America**
Defendant

## Order of Default Judgement

The Defendant has failed to respond to the court and this complaint. The Defendant is in default as outlined in the Federal rules of Civil procedure number 4. As such the court finds for the Plaintiff in this matter for the amount of $98,000.00 plus court costs of $355.12.

Ordered and done this _____ day of September 2006.

_____
Judge of the District Court