# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. MIRRAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | CV 2:06-cv-1579-UWC |
| MBNA, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant MBNA, the true and correct name of which is FIA Card Services, National Association, formerly known as MBNA America Bank, N.A., hereby advises the Court, pursuant to Federal Rule of Civil Procedure 7.1, that Bank of America Corporation is the publicly traded parent corporation of FIA Card Services, National Association.

s/ Andrew J. Noble, III
Andrew J. Noble, III  (NOB001)
Bradley Arant Rose & White LLP
P. O. Box 830709
Birmingham, AL 35283-0709
Telephone: (205) 521-8342
Facsimile: (205) 521-8800
E-mail: anoble@bradleyarant.com

Attorney for Defendant
MBNA

1

OF COUNSEL:

BRADLEY ARANT ROSE & WHITE LLP
P. O. Box 830709
Birmingham, AL  35283-0709
(205) 521-8000

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    None.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Michael J. Mirras
    12484 Windy Ridge Drive
    McCalla, AL  35111-2800

    s/ Andrew J. Noble, III
    Andrew J. Noble, III  (NOB001)
    Bradley Arant Rose & White LLP
    P. O. Box 830709
    Birmingham, AL 35283-0709
    Telephone: (205) 521-8000
    Facsimile: (205) 521-8800
    E-mail: anoble@bradleyarant.com