IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL J. MIRRAS,** | ) | |
| Plaintiff, | ) ) ) | |
| **vs.** | ) ) | Civil Action Number **2:06-cv-01579-UWC** |
| **MBNA,** | ) ) | |
| Defendant. | ) ) ) ) ) | |

**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Plaintiff's Motion for Default Judgment, (Doc. 5), is hereby DENIED, based on Defendant's filing of Defendant's Answer, (Doc. 2), on September 18, 2006.

Parties are hereby directed to file the Report of Parties' Planning Meeting, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, by November 16, 2006.

Done the 22nd September, 2006.

_____
U.W. Clemon
Chief United States District Judge