IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. MIRRAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-1579 |
| | ) |
| MBNA, | ) |
| | ) |
| Defendant. | ) |

### REPORT OF THE PARTIES PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties was held by telephone on October 25, 2006, between:

   a. Michael Mirras as Plaintiff.

   b. Ronald H. Kent, Jr. as attorney for the Defendant. (Defendant reserves the right to insist that this action be stayed pending arbitration. This report is being submitted subject to said reservation.)

2. Pre-Discovery Disclosures: The parties shall exchange the information required by Rule 26(a)(1) by November 24, 2006.

3. Discovery Plan:

   a. Discovery will be needed on the following subjects: The Plaintiff's claims and the Defendant's defenses.

   b. All discovery commenced in time to be completed by June 1, 2007.

1/1504965.1

    c.    Unless modified by stipulation of the parties:

Depositions:
Maximum of 5 depositions for the plaintiff and 5 depositions for the Defendant with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.

Interrogatories:
Maximum of 30 by each party, with responses due within 30 days after service.

Request for Admissions:
Maximum of 30 by each party, with responses due within 30 days after service.

Request for Production:
Maximum of 30 by each party, with responses due within 30 days after service.

Supplementation:
Supplements under Rule 26(e), Fed. R. Civ. P., are due 30 days before the close of discovery.

4. Expert Testimony:

Unless modified by stipulation of the parties, the disclosure of expert witnesses – including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert – are due:

    a.    From the Plaintiff:  February 2, 2007

    b.    From the Defendants:  March 9, 2007

5. Other Items:

The Plaintiff shall have until January 5, 2007, to join any additional parties and until January 5, 2007 to amend the pleadings.

1/1504965.1

The Defendant shall have until February 9, 2007 to join any additional parties and until February 9, 2007 to amend the pleadings.

All potentially dispositive motions should be filed by July 6, 2007.

Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed:

a.   By the Plaintiff: 30 days prior to trial.

b.   By the Defendant: 30 days prior to trial.

Objections are to be filed within 14 days after receipt of final lists.

This case should be ready for trial after September 1, 2007.

Trial is expected to last 1-2 days.

>s/ Ronald H. Kent
>Ronald H. Kent  (KEN030)
>Bradley Arant Rose & White LLP
>P. O. Box 830709
>Birmingham, AL 35283-0709
>Telephone: (205) 521-8342
>
>Attorney for Defendant MBNA

OF COUNSEL:
BRADLEY ARANT ROSE & WHITE LLP
P. O. Box 830709
Birmingham, AL  35283-0709
(205) 521-8000

                                         _____
                                         Michael J. Mirras
                                         12484 Windy Ridge Drive
                                         McCalla, AL 35111-2800
                                         *Michael J. Mirras*

1/1504965.1