IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL J. MIRRAS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **vs.** ) | Civil Action Number |
| ) | **2:06-cv-01579-UWC** |
| **MBNA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

## SCHEDULING ORDER

1. The dates agreed to by the parties in the their Planning Meeting are hereby adopted, <u>except</u> to the extent those dates conflict with the following scheduling deadlines:

   **Discovery Deadline:**          June 1, 2007

   **Dispositive Motion Deadline:**  July 6, 2007

2. **The parties should familiarize themselves with**

   a. the Northern District of Alabama's Uniform Initial Order, as well as Appendices, found on the Court's website: www.alnd.uscourts.gov;

   b. the electronic-filing Administrative Procedures manual, found on the Court's website by clicking on the "CM/ECF Info" link; and

   c. the chambers rules found on the judge's webpage at http://www.alnd.uscourts.gov/clemon/Clemonspage.htm

3. The Court shall promptly dispose of motions (other than dispositive and remand motions). Without prior notice, the Court may summarily dispose of perfunctory and/or other motions where the facts and law appear to be clear.

   a. Filing Motions:

   Consistent with Section IV(B) of the Northern District of Alabama's Uniform Initial Order, prior to filing any motion (other than a dispositive motion or a motion to remand), moving counsel shall contact the opposing counsel and determine if counsel will oppose the motion. **All motions SHALL include, in the caption under the case number, a notation that the motion is either "Opposed" or "Unopposed."**

   In addition to the requirements of Fed. R. Civ. P. 37(a)(2)(A), the first paragraph of a motion **SHALL** briefly summarize the parties' attempts to resolve the issue(s) and set forth areas of agreement and disagreement.

   b. Opposing Motions:

   When served with a motion, any party wishing to oppose it shall telephone the Court's chambers and so advise, within **three** calendar days after the motion is filed with the Court. Opposing briefs and documents shall follow within **seven calendar days** after the motion is filed.

4. Dispositive motions must be accompanied by all supporting papers and briefs. The parties shall familiarize themselves with the summary judgment submission guidelines found at Appendix II to the Northern District of Alabama's Uniform Initial Order.[1]

5. In addition to the procedures outlined in the Northern District of Alabama's Uniform Initial Order, the following guidelines shall apply to all submissions, **except** Summary Judgment submissions:

   a. Main briefs (in support of or in opposition to a motion) shall be limited to thirty pages (including the facts), doubled-spaced, using fourteen point font. Reply briefs shall be limited to ten pages, doubled-spaced, using fourteen point font. Margins must measure at least one inch on the top, bottom, left and right sides of each page.

---

[1] The "ALND Uniform Initial Order Governing All Further Proceedings," along with Appendices, can be found on the court's website: www.alnd.uscourts.gov

      Footnotes may be single-spaced, but must appear in twelve point font. Legal citations and citations to the record shall appear in the body of the brief, not in footnotes and the use of footnotes should be kept to a minimum. The Court will not look kindly upon any attempts to circumvent the page limitations by **lengthy or excessive use of footnotes, manipulating type sizes, margins, line spacing, or** etc.

b.     Sur-reply briefs are not permitted, except upon leave of Court.

c.     Any evidentiary exhibits totaling more than ten pages shall be submitted independently from the brief and shall be clearly labeled as an evidentiary submission. Each of these evidentiary submissions shall include a table of contents that describes each exhibit by letter or number. For ease of reference, each affidavit, exhibit, deposition, or other product of discovery must be separately identified. For example: "Exhibit A, Deposition of Jane Smith." If an exhibit contains more than one page, each page must be separately numbered. Additionally, each exhibit should be separated by a divider page that contains the designated exhibit letter or number. Unless instructed to the contrary, any **courtesy copies** should be: (1) submitted **in hard copy only**, (2) tabbed, and (3) bound so the document will lie flat.

Done the 15th day of November, 2006.

 

_____
U.W. Clemon
Chief United States District Judge