IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL J. MIRRAS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **vs.** ) | Civil Action Number |
| ) | **2:06-cv-01579-UWC** |
| **MBNA,** ) | |
| ) | |
| Defendant. ) | |

## ORDER DENYING MOTION FOR
## TEMPORARY INJUNCTIVE RELIEF

Because Plaintiff's Memorandum to the Court (Doc. 11), treated as a Motion for Temporary Injunctive Relief, does not satisfy the requirements of Rule 65 of the Federal Rules of Civil procedure, it is hereby DENIED.

_____
U.W. Clemon
United States District Judge