IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. MIRRAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | CV 2:06-cv-1579-UWC |
| MBNA, ) | |
| ) | |
| Defendant. ) | |

JOINT STIPULATION OF DISMISSAL

The parties to this case request that the Court dismiss this case with prejudice, costs taxed as paid.

_____ /by RHK with permission
Michael J. Mirras
237 South Winstead Avenue, Apt. 11
Rocky Mount, NC 27804
Plaintiff

_____
Ronald H. Kent, Jr. (KEN030)
Bradley Arant Rose & White LLP
P. O. Box 830709
Birmingham, AL 35283-0709
E-mail: rkent@bradleyarant.com
Attorney for Defendant MBNA