IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL J. MIRRAS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **2:06-cv-01579-UWC** |
| **MBNA,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

Based on the parties' Joint Stipulation of Dismissal, (Doc. 13), this case is hereby DISMISSED with prejudice.

Costs are taxed as paid.

Done this 15th day of March, 2007.

_____
U.W. Clemon
United States District Judge